**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   February 4, 2011
Court Reporter:          Tracy Weir
Probation Officer:      Grant Hanson

Criminal Action No.  10-cr-00283-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                     Patrick Jasperse

       Plaintiff,

v.

HENRY MELVIN HENDRIX,                             Thomas Johnson
                                                                              Lydia Floyd

       Defendant.

---

**SENTENCING MINUTES**
---

**10:12 a. m.      Court in session**.

Defendant present on bond.

**Change of Plea Hearing on September 16, 2010.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument by Mr. Johnson.  The Government objects.

The parties **do** request departure. (**Doc. #18, #19**) Argument by counsel Jasperse and Johnson.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  (**Doc. #19**).  Argument by Mr. Johnson.  The Government has no objection.

Argument by counsel as to restitution.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Allocution. - Statements made by:  The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**     Government's Motion for Downward Departure (**Doc. #18**) is **GRANTED.**

**ORDER:**     Defendant's Motion for Downward Departure and Variance (**Doc. #19**) is **DENIED** as moot.

**ORDER:     THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**11:11 a.m.     Court in recess.**

Total Time:    1 hour 1 minutes.
Hearing concluded.